UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Lino SERRANO-Torres,<br><br>　　　　　　　Defendant. | Case No.: 25MJ8177-MSB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about March 13, 2025, within the Southern District of California, defendant, Lino SERRANO-Torres, did intentionally and forcibly assault a person designated in Title 18, United States Code, Section 111, to wit: a Department of Homeland Security, United States Border Patrol Agent, M. Perez, while Agent Perez was engaged in and on account of the performance of his official duties, such acts involving physical contact with Agent Perez, to wit: striking Agent Perez on the chest with his head; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Fernando Quiroz*
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of March, 2025.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

2

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| 2 | v. |
| 3 | Lino SERRANO-Torres |

**STATEMENT OF FACTS**

On March 13, 2025, Border Patrol Agent (BPA) M. Perez was assigned to Zone 13 of the Calexico Border Patrol Station Area of Responsibility with the Bike Patrol Unit. BPA Perez was wearing a full Border Patrol rough-duty uniform including a badge and identifying insignia.

At approximately 5:55 p.m., while conducting an immigration inspection inside a Greyhound Bus in Calexico, BPA Perez contacted a male individual, later identified as Lino SERRANO-Torres (SERRANO), who appeared to be hunched down. BPA Perez asked SERRANO in the Spanish language what country he was a citizen of and he stated: "Mexico." BPA Perez then asked SERRANO if he had any immigration documents and he said his wife had both of their documents. SERRANO's wife presented two Mexican Consulate cards with both of their information on it. SERRANO and his wife refused to respond when asked if they had documents to be in the United States legally. BPAs requested immigration status checks on SERRANO and his wife from El Centro Sector Radio Dispatch and both came back with no legal immigration status. There is no evidence showing SERRANO has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States. BPA Perez then escorted SERRANO and his wife off the bus.

At approximately 6:16 p.m., BPAs assigned to transport duties arrived and SERRANO was placed inside of his transport van. Thereafter, BPA Perez opened the back door of the transport van and stepped on to the bumper step, which is approximately three feet above the ground, to take a photo of SERRANO for documenting purposes. BPA Perez instructed SERRANO, who was sitting near the front of the vehicle, in the Spanish language to sit closer to his location. BPA Perez then pointed with his left hand to the bench closest to him and said in the Spanish language, "Sientate aqui, muy rapido." ("Sit here, quickly.") SERRANO then

1  stood up and began to walk towards BPA Perez before suddenly began charging towards BPA
2  Perez's direction with his head down. BPA Perez put both of his hands up to stop SERRANO's
3  momentum.  SERRANO then ran his head into BPA Perez's chest and BPA Perez pushed
4  back towards SERRANO to prevent himself from falling off the bumper step onto the
5  pavement. SERRANO then stood facing BPA Perez, continuing to flail his hands around and
6  speaking in Spanish.  At this time, BPA Perez noticed his left ring finger and knuckle started
7  to throb in discomfort.
8      SERRANO then took another step towards BPA Perez aggressively. BPA Perez then
9  grabbed SERRANO's right arm with both of his hands and had him sit down on the bench to
10 regain control of him. SERRANO appeared to be agitated and continued repeating himself.
11 BPA I. Acosta and BPA Perez instructed SERRANO to exit the transport van and placed him
12 in handcuffs. SERRANO was then transported to the Calexico Border Patrol Station for
13 further processing.