# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINO SERRANO-TORRES,<br><br>Defendant. | Case No. 25-MJ-8177-LR<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |

Upon motion by the Government, and good cause appearing, the Court **GRANTS** the Motion, and **DISMISSES** the Complaint (ECF. No. 1) without prejudice.

**IT IS SO ORDERED.**

DATED: 3/28/25

HON. LUPE RODRIGUEZ, JR.
United States Magistrate Judge